SEALED

United States Courts Southern
District of Texas
FILED

APR 27 2022

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER: |
| AURORA TRISTAN | § | C-22-268 |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

**A. INTRODUCTION**

1) The U.S. Department of Housing and Urban Development ("HUD") was a department of the executive branch of the Government of the United States.

2) On August 25, 2017, Hurricane Harvey struck the state of Texas, including the Rockport area, within the Southern District of Texas. In response, on that same day, President Donald J. Trump issued a major disaster declaration under section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. § 5121 *et seq.* (the "Stafford Act"), for the Rockport area.

3) The President provided financial and other assistance under this section to individuals or households to respond to the disaster-related housing needs of individuals and households who are displaced from their pre-disaster primary residences or whose pre-disaster primary residences are rendered uninhabitable, as a result of damage caused by a major disaster.

4) As a result of this declaration, HUD received appropriations from Congress for

long term disaster recovery. HUD subsequently allocated a portion of Community Development Block Grants-Disaster Recovery ("CDBG-DR") funds to the State of Texas' General Land Office ("GLO") to administer housing, infrastructure, and planning programs. One of the programs administered by GLO is the Homeowner Assistance Program ("HAP"), which helps homeowners affected by Hurricane Harvey to repair and rebuild their homes.

5) AURORA TRISTAN was the owner of real property at 403 N. Doughty Street, Rockport, Texas and at 204 Old Salt Lake Road, Rockport, Texas. 403 N. Doughty Street, Rockport, Texas was AURORA TRISTAN'S primary residence on the date of Hurricane Harvey, August 25, 2017. 204 Old Salt Lake Road, Rockport, Texas suffered damage due to Hurricane Harvey.

## COUNT ONE

### B. THE SCHEME TO DEFRAUD

6) Beginning in or about April 2019, and continuing through August 2021, within the Corpus Christi Division of the Southern District of Texas, the defendant, AURORA TRISTAN, did knowingly make a materially false, fictitious, and fraudulent statement and representation in connection with benefits authorized, transported, transmitted, transferred, disbursed or paid in connection with a major disaster declaration under section 401 of the Stafford Act, to wit: AURORA TRISTAN knowingly and falsely represented to GLO, during the application process for HUD assistance pertaining to residential damage caused by Hurricane Harvey, that the real property located at 204 Old Salt Lake Road, Rockport, Texas was her primary residence on the date of the disaster event, Hurricane Harvey, when in fact, as she then and there knew, it was not her primary residence on the date of the disaster event as she represented, all in order to fraudulently induce GLO into providing an unsecured

forgivable disaster loan of $229,440.26 of HUD funds for the construction, reconstruction, or rehabilitation of improvements to 204 Old Salt Lake Road, Rockport, Texas.

C. **MANNER AND MEANS OF THE SCHEME TO DEFRAUD**

It was part of the scheme to defraud that:

7) AURORA TRISTAN would and did submit an unsecured forgivable disaster loan application for HUD funds wherein she agreed to submit truthful and correct information to the GLO at all phases of the disaster loan process.

8) AURORA TRISTAN would and did enter into an unsecured forgivable disaster loan authorization and agreement wherein she certified that her primary residence was 204 Old Salt Lake Road, Rockport, Texas.

9) AURORA TRISTAN would and did execute a promissory note wherein she certified that 204 Old Salt Lake Road, Rockport, Texas is her principal place of residence.

10) AURORA TRISTAN would and did primarily reside at 403 N. Doughty Street, Rockport, Texas on August 25, 2017, and not at 204 Old Salt Lake Road, Rockport, Texas.

11) AURORA TRISTAN would and did receive from HUD a forgivable loan of $229,440.26 for the construction, reconstruction, or rehabilitation of improvements to 204 Old Salt Lake Road, Rockport, Texas.

D. **ACTS IN FURTHERANCE OF THE SCHEME TO DEFRAUD**

12) In furtherance of the scheme to defraud, the following acts, among others, were committed in the Southern District of Texas and elsewhere:

(1) On or about April 4, 2019, AURORA TRISTAN submitted a misleading HAP application to GLO for an unsecured forgivable disaster loan.

(2) On or about May 17, 2021, AURORA TRISTAN executed a promissory note with GLO, wherein she agreed participate in the CDBG-DR program and receive an unsecured forgivable loan of $229,440.26 of HUD funds for the construction, reconstruction, or rehabilitation of improvements to 204 Old Salt Lake Road, Rockport, Texas.

(3) Beginning on or about December 13, 2019, and continuing until on or about January 12, 2020, AURORA TRISTAN received construction, reconstruction, and rehabilitation of improvements to 204 Old Salt Lake Road, Rockport, Texas valued in the amount of $229,440.26.

All in violation of Title 18, United States Code, Section 1040(a)(2).

          A TRUE BILL:
          <u>ORIGINAL SIGNATURE ON FILE</u>
          FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By: _____
JOHN G. MARCK
Assistant United States Attorney